UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHINLI MOU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>　　　　Defendant. | Case No.  5:15-cv-05194-EJD<br><br>**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On December 7, 2015, Defendant filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 7.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either consent or declination to proceed before a United States Magistrate Judge on or before **December 11, 2015.**

**IT IS SO ORDERED.**

Dated:  December 7, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:15-cv-05194-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE